to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ALFRED H. NEWBURGER and Others v. SAMUEL L. LUBELL, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JESSE B. ROBINSON, as Administrator, etc., of MARIAN ROBINSON JENNINGS, Deceased, v. FORDHAM MOTOR SALES, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES E. JOSTEN v. WANGLER-BUDD Co., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES EDWARD DAVENPORT v. HARRY K. THAW.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EDWARD LIST and Another v. ALUMINUM AND METAL PRODUCTS CORPORATION. — Motion for reargument of appeal, for the recall of the remittitur filed October 19, 1932, for leave to amend said remittitur and to fix the date of said reargument to allow plaintiffs time to move to resettle order appealed from, or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Petition of LISA MARX for an Order Directing SADIE LEFKOWITZ and BENJAMIN WEISS, Co-committees of the Property of SARAH SCHERER, an Incompetent, to Pay a Judgment Obtained by the Petitioner against Said Incompetent.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GLOBE INDEMNITY COMPANY v. SAGGESE-STRUNSKY, INC., and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

JULIUS SUDOLSKY, an Infant, by MORRIS SUDOLSKY, His Guardian ad Litem, and MORRIS SUDOLSKY v. MOLLIE KRANTZ and ESTHER KURTZ.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ADOLF H. LANDLEY v. H. HOBERT PORTER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARCHIONY SPUMONI COMPANY, INC., Appellant, v. CAR & GENERAL INSURANCE CORPORATION, LTD., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

HEATING AND PLUMBING FINANCE CORPORATION, Plaintiff, v. WILLIAM SCHWARZ, Also Known as WILHELM SCHWARZ, and THERESA SCHWARZ, Appellants. W. A. CASE & SON MFG. CO., Respondent, v. WILLIAM SCHWARZ and THERESA SCHWARZ,